UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANTE H. PATTISON,<br><br>                    Plaintiff<br><br>     v.<br><br>JOE LOMBARDO et al.,<br><br>                    Defendants | Case No. 3:22-cv-00537-ART-CSD<br><br>ORDER |

On February 3, 2023, the Court issued a screening order and granted Plaintiff 30 days to file an amended complaint, or the case would be dismissed without prejudice. (ECF No. 6 at 7-8).  Three days later, Plaintiff submitted a motion for an extension of 60 days to file his amended complaint due to limited access to legal resources at the prison law library.  (ECF No. 8).

The Court grants the motion for an extension of time.  Plaintiff will file the amended complaint on or before April 10, 2023.  If Plaintiff chooses not to file an amended complaint, this case may be dismissed without prejudice.  (*See* ECF No. 6).

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 8) is granted.  Plaintiff will file his amended complaint **on or before April 10, 2023**.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this case may be dismissed without prejudice.

DATED:  February 7, 2023.

_____
UNITED STATES MAGISTRATE JUDGE