UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANTE H. PATTISON,<br><br>  Plaintiff,<br>  v.<br><br>SHERIFF JOE LOMBARDO, et al.,<br><br>  Defendants. | Case No. 3:22-cv-00537-ART-CSD<br><br>ORDER |

In this closed case, Plaintiff seeks a copy of the docket sheet in this case and in 3:20-cv-287-MMD-CSD for appeal purposes. (ECF No. 52). The Court grants in part and denies in part the request. The Court will send Plaintiff a one-time courtesy copy of the docket sheet in the instant case. However, if Plaintiff seeks a copy of a docket sheet in a different case, he must make his request in that case.

It is therefore ordered that the motion for record on appeal (ECF No. 52) is granted in part and denied in part. The Clerk of the Court will send Plaintiff a one-time courtesy copy of the docket sheet in this case.

Dated this 20th day of February 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1